IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEONARD MATTHEWS,

    Petitioner,

v.                                    CASE NO. 4:07cv356-RH/WCS

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER DENYING § 2254 PETITION

    This matter is before the court on the magistrate judge's report and recommendation (document 23) and the objections (document 24). I have reviewed *de novo* the issues raised by the objections.

    As the report and recommendation correctly notes, the petitioner asserts four issues and is entitled to relief on none.

    The petitioner raised the first three issues in the motion for collateral review under Florida Rule of Civil Procedure 3.850 as filed in the state trial court, but the petitioner did not raise these issues in his appeal of the order denying the Rule 3.850 motion. The petitioner thus failed to exhaust his state remedies. He has

failed to demonstrate cause for the failure and is not entitled to relief in this court on these three issues.

The petitioner exhausted his state remedies on his fourth issue—based on the state court's failure to appoint an attorney for purposes of his Rule 3.850 motion—but the claim is unfounded. A defendant convicted in state court has no federal right to counsel for purposes of collateral review.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's convictions in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 02-03877AF, for attempted first degree murder and violation of a domestic violence injunction is DENIED with prejudice." The clerk must close the file.

SO ORDERED on November 14, 2008.

s/Robert L. Hinkle
Chief United States District Judge